IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORPORATION
PELVIC SUPPORT SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL 2326
_____

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

## INACTIVE DOCKET ORDER

The Court has been advised by counsel that in the cases listed on the attached Exhibit A, the plaintiffs and Boston Scientific Corporation[1] ("BSC") have agreed to a settlement model with regard to BSC. The Court, therefore, finds it unnecessary to conduct further proceedings or to keep these cases on the active docket. Accordingly, the Court **ORDERS** as follows:

1. All discovery deadlines are continued until further order of the Court.

2. That the Clerk retire each of the cases listed on the attached Exhibit A from the active docket.

3. Plaintiffs and BSC may submit an agreed order of dismissal with prejudice on or before February 23, 2017; if settlements are not finalized and dismissal orders are not submitted by February 23, 2017, then the Court will have a hearing to determine the appropriate action pertaining to any remaining cases on the inactive docket.

Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their progress in dismissing cases on the inactive docket. The Court is aware that counsel have agreed to a settlement model for a group of cases and claims, including those on Exhibit A. The Court

---

[1] Boston Scientific Corporation includes any incorrect or incomplete spellings of this Defendant, including Boston Scientific Corp.

will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiff's refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiff explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2326 and in the individual cases listed on the attached Exhibit A.  The Clerk further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No. 1542, and send a copy of this Order to counsel of record and any represented party.  The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

7744002 v1

**EXHIBIT A – BARON & BUDD**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 13-cv-26411 | Visser, Donna v. Boston Scientific Corporation |
| 13-cv-27263 | Lenahan, Terilee v. Boston Scientific Corporation |
| 14-cv-00831 | Ammons, Christie v. Boston Scientific Corporation |
| 14-cv-14353 | Ziebarth, Karen and Scott Ziebarth v. Boston Scientific Corporation |
| 14-cv-14767 | Means, Brenda v. Boston Scientific Corporation |
| 14-cv-17741 | Alexander, Angel Claire v. Boston Scientific Corporation |
| 14-cv-17744 | Norman, Mary v. Boston Scientific Corporation |
| 14-cv-19196 | Secker, Christine and Phillippe Secker v. Boston Scientific Corporation |
| 14-cv-22877 | Armenta, Maribel and Ricardo Armenta v. Boston Scientific Corporation |
| ~~14-cv-24813~~ | ~~Dunn, Rita v. Boston Scientific Corporation~~ |
| 14-cv-25116 | Mogavero, Mary Anne v/ Boston Scientific Corporation |
| 14-cv-25120 | McAneney, Angela v. Boston Scientific Corporation |
| 14-cv-25887 | Tatman, Lekeisha and James Tatman, Jr. v. Boston Scientific Corporation |
| 14-cv-27440 | Sutherland, Elaine and Earl Sutherland v. Boston Scientific Corporation |
| 14-cv-27698 | Taylor, Diane v. Boston Scientific Corporation |
| 14-cv-27702 | Mullins, Laurie and Kenneth Mullins v. Boston Scientific Corporation |
| 14-cv-27708 | Crawford, Becky v. Boston Scientific Corporation |
| 14-cv-29667 | Rosenberger, Raette and William Rosenberger v. Boston Scientific Corporation |
| 15-cv-00330 | Ryman, Dorothy and Eugene Ryman, Sr. v. Boston Scientific Corporation |
| 15-cv-00854 | Cooley, Chloris v. Boston Scientific Corporation |
| 15-cv-00855 | Mills, Jeanette v. Boston Scientific Corporation |
| 15-cv-01508 | Boudreaux, Marlene and Harris Boudreaux v. Boston Scientific Corporation |
| 15-cv-01545 | Pursley, Sheryl v. Boston Scientific Corporation |
| 15-cv-01611 | Dutton, Jimmie and Howard Dutton v. Boston Scientific Corporation |
| 15-cv-01829 | Lawson, Geraldine v. Boston Scientific Corporation |
| 15-cv-01872 | Martin, Nina v. Boston Scientific Corporation |
| 15-cv-02437 | Lewis, Patricia and Tommy Lewis v. Boston Scientific Corporation |
| 15-cv-02451 | Nagalla, Rachel v. Boston Scientific Corporation |
| 15-cv-02507 | Blum, Sandra and David Blum v. Boston Scientific Corporation |

7744002 v1

| 15-cv-03322 | Valenzuela, Veronica and Luis Valenzuela v. Boston Scientific Corporation |
|---|---|
| 15-cv-03621 | Hajek, Vicki and Larry Hajek v. Boston Scientific Corporation |
| 15-cv-04102 | Smith, Louona Sue v. Boston Scientific Corporation |
| 15-cv-04111 | Ruiz, Kathleen v. Boston Scientific Corporation |
| 15-cv-04121 | Poulton, ~~Sheryl~~ Rita and Paul v. Boston Scientific Corporation |
| 15-cv-04191 | Sullivan, Joyce v. Boston Scientific Corporation |
| 15-cv-04478 | Church, Linda and Donal Church v. Boston Scientific Corporation |
| 15-cv-05343 | Balaesh, April v. Boston Scientific Corporation |
| 15-cv-06134 | McComas, Tracey and Timothy McComas v. Boston Scientific Corporation |
| 15-cv-06817 | Johnson, Karen and William Johnson v. Boston Scientific Corporation |
| 15-cv-06831 | Gordo, Diana v. Boston Scientific Corporation |
| 15-cv-06832 | Graves, Kathy v. Boston Scientific Corporation |
| 15-cv-06851 | Brewer, Karen v. Boston Scientific Corporation |
| 15-cv-06852 | Cruse, Kim v. Boston Scientific Corporation |
| 15-cv-07678 | Castle, Myrna and Larry Castle v. Boston Scientific Corporation |
| 15-cv-08470 | Piazza, Paula and Paul Piazza v. Boston Scientific Corporation |
| 15-cv-09137 | Kenna, Lisa v. Boston Scientific Corporation |
| 15-cv-09141 | Riojas, Georgia v. Boston Scientific Corporation |
| 15-cv-11628 | Hansen, Shana and Daniel Hansen v. Boston Scientific Corporation |
| 15-cv-12504 | Dees, Kathryn v. Boston Scientific Corporation |
| 15-cv-12570 | Bennett, Harriett v. Boston Scientific Corporation |
| 15-cv-12571 | Patience, Launie v. Boston Scientific Corporation |
| 15-cv-12574 | Snyder, Cynthia and Ronald Snyder v. Boston Scientific Corporation |
| 15-cv-12575 | Rinehart-Batease, Janet and George Batease v. Boston Scientific Corporation |
| 15-cv-12793 | Connor, Marilyn v. Boston Scientific Corporation |
| 15-cv-12798 | Vansandt, Debra v. Boston Scientific Corporation |
| 15-cv-12802 | Slavena, Deborah v. Boston Scientific Corporation |
| 15-cv-12803 | Angulo, Maricella v. Boston Scientific Corporation |
| 15-cv-12804 | Smallridge, Sobyeda and Michael Smallridge v. Boston Scientific Corporation |
| 15-cv-12888 | Taylor, Geneva and Gary Taylor v. Boston Scientific Corporation |
| 15-cv-12894 | Hanrahan, Heidi and Kevin Hanrahan v. Boston Scientific Corporation |
| 15-cv-12895 | Anderson, Mary Ann v. Boston Scientific Corporation |

7744002 v1

| 15-cv-12929 | Braun-Wilds, Melody and Charles Wilds v. Boston Scientific Corporation |